COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name:     Bruce Egrim Joseph v. The State of Texas

Appellate case number:   01-14-00737-CR

Trial court case number: 05-DCR-043408A

Trial court:             268th District Court of Fort Bend County

On November 13, 2014, this Court denied appellant's motion for rehearing without modifying or vacating our judgment or issuing a different opinion. On November 26, 2014, appellant filed "Appellant's Further Motion for Rehearing." The appellate rules authorize a second or subsequent motion for rehearing only if the court of appeals alters its judgment or opinion in conjunction with the overruling of a previous motion. *See* TEX. R. APP. P. 49.5. Because our denial of appellant's original motion for rehearing did not alter our judgment or opinion, appellant's further motion for rehearing is not authorized by the appellate rules. *See* TEX. R. APP. P. 49.5; *Rodriguez v. State*, 28 S.W.3d 25, 26 (Tex. App.—Houston [1st Dist.] 2002, no pet.) ("Even if appellant's further motion for rehearing were timely, rule 49.5 does not apply because we did not modify the judgment, vacate the judgment, or issue a new opinion in overruling the motion."). Accordingly, it is ordered that appellant's further motion for rehearing is **denied**.

Judge's signature: /s/ Jane Bland
                   Acting for the Court

Panel consists of Justices Higley, Bland, and Sharp.

Date:  December 18, 2014